No. 99–7295.  Posey v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 99–7298.  Turner v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 99–7301.  Palacio v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 99–7305.  Anthony v. Department of Justice.  C. A. Fed. Cir.  Certiorari denied.

No. 99–7306.  Mejia-Duarte v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 99–7309.  Trent v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 99–7311.  White v. Godinez.  C. A. 7th Cir.  Certiorari denied.

No. 99–7312.  Turks v. Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–7313.  Perry v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 99–7314.  Roman v. United States;
No. 99–7418.  Sepulveda v. United States; and
No. 99–7421.  Perry v. United States.  C. A. 1st Cir.  Certiorari denied.  Reported below: 181 F. 3d 183.

No. 99–7315.  Stotts v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 99–7317.  Martinez v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 99–7318.  Jones v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 99–7320.  Hernandez v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 99–7321.  Fullerton v. United States.  C. A. 6th Cir.  Certiorari denied.